**DICKINSON WRIGHT PLLC**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**EDISON, MCDOWELL & HETHERINGTON LLP**
David T. McDowell*
Texas State Bar No. 00791222
Email: david.mcdowell@emhllp.com
William B. Thomas*
Texas State Bar No. 24083965
Email: william.thomas@emhllp.com
First City Tower
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Tel: (713) 337-5580
Fax: (713) 337-8850

Jodi K. Swick*
California Bar No. 228634
Email: jodiswick@emhllp.com
1 Kaiser Plaza, Suite 340
Oakland, California 94612
Tel: (510) 628-2145

*Pro Hac Vice* Applications to be Submitted

*Attorneys for Defendant AIG Direct Insurance Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTIS HOLMES,<br><br>    Plaintiff,<br><br>v.<br><br>AIG DIRECT INSURANCE SERVICES, INC.,<br><br>    Defendant. | Case No. 2:16-cv-01881-MMD-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), Plaintiff Otis Holmes and Defendant AIG Direct Insurance Services, Inc., by and through their respective counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear their respective fees and costs.

IT IS SO STIPULATED AND AGREED:

DATED this 26th day of September 2016.     DATED this 26th day of September 2016.

HAINES & KRIEGER, LLC                       DICKINSON WRIGHT PLLC

/s David Krieger
David H. Krieger, Nevada Bar No. 9086       JOEL Z. SCHWARZ, Nevada Bar No. 9181
8985 S. Eastern Ave., Suite 350             Email: jschwarz@dickinson-wright.com
Henderson, NV 89123                         GABRIEL A. BLUMBERG, Nevada Bar No. 12332
Email: dkrieger@hainesandkrieger.com        Email: gblumberg@dickinson-wright.com
*Attorney for Plaintiff Otis Holmes*        8363 West Sunset Road, Suite 200
                                            Las Vegas, Nevada 89113-2210
                                            Tel: (702) 550-4400

                                            EDISON, MCDOWELL & HETHERINGTON LLP
                                            1001 Fannin Street, Suite 2700
                                            Houston, Texas 77002

                                            *Attorneys for Defendant AIG Direct Insurance Services, Inc.*

## ORDER

All parties having stipulated pursuant to FED. R. CIV. P. 41 to dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees, it is hereby ORDERED that this action be, and hereby is, dismissed with prejudice.

DATED THIS 27th day of September 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2